

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-14-00578-CR

Dylan **MCDANIEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1602A
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 15, 2014.

_____
Rebeca C. Martinez, Justice